UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MYBUSINESSLOAN.COM, LLC,

    Plaintiff,

v.                                           Case No: 8:15-cv-2739-T-36JSS

FORUM NETWORKING EVENTS, INC.,
YAZIBEL HOLDINGS LLC and STEVE
PARSLOE,

    Defendants.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME

THIS MATTER is before the Court on Plaintiff's Motion to Enlarge Time to Meet, Confer, and File a Case Management Report. (Dkt. 19.) In the motion, Plaintiff requests the Court to extend the time for the parties to meet for the purpose of preparing and filing a case management report. For the reasons stated below, Plaintiff's motion is granted.

Plaintiff filed this action against Defendants on November 24, 2015. (Dkt. 1.) Defendants were served with the Complaint on December 15, 2015. (Dkts. 7, 8, 9.) Pursuant to the Court's Order, Plaintiff filed an Amended Complaint on January 5, 2016. (Dkts. 12, 15.) Shortly thereafter, Defense counsel filed a motion to withdraw as counsel, and Defendants filed a motion for extension of time to file a response to Plaintiff's Amended Complaint. (Dkts. 16, 17.) The Court granted both motions on February 9, 2016, directing that Defendants file a response to the Amended Complaint within sixty days and obtain new counsel within thirty days. (Dkt. 18.)

According to the Court's Related Case Order and Track Two Notice, the parties were directed to meet for the purpose of preparing and filing a case management report within sixty days after service of the Complaint on Defendants, February 16, 2016. (Dkt. 10.) However,

because Defendants have not yet obtained new counsel and have not yet filed a response to the Amended Complaint, Plaintiff is unable to comply with this deadline and seeks an extension of time to comply. In light of this, the Court finds good cause to extend the deadline for the parties to meet for the purpose of preparing and filing a case management report. Accordingly, it is

**ORDERED**:

1. Plaintiff's Motion to Enlarge Time to Meet, Confer, and File a Case Management Report (Dkt. 19) is **GRANTED**.

2. The parties shall meet for the purpose of preparing and filing a Case Management Report by March 25, 2016.

**DONE** and **ORDERED** in Tampa, Florida on February 17, 2016.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party