UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MYBUSINESSLOAN.COM, LLC,

    Plaintiff,

v.                                                                  Case No: 8:15-cv-2739-T-36JSS

FORUM NETWORKING EVENTS, INC.,
YAZIBEL HOLDINGS LLC and STEVE
PARSLOE,

    Defendants.

_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on June 10, 2016 (Doc. 38).   In the Report and Recommendation, Magistrate Judge Sneed recommends: (1). Defendants' Motion to Quash Service of Process, Set Aside Default, and Dismiss the Amended Complaint (Dkt. 30) be GRANTED in part and DENIED in part as follows: a. Defendants' Motion to Quash Service of Process be DENIED; b. Defendants' Motion to Set Aside Default be GRANTED; c. Defendants' Motion to Dismiss the Amended Complaint be DENIED;  (2). The Entry of Clerk's Default (Dkt. 27) be SET ASIDE as to Defendants, Forum Networking Events, Inc. and Steve Parsloe. (3). Defendants, Forum Networking Events, Inc. and Steve Parsloe, be directed to file a responsive pleading within a time prescribed by the Court.  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 38) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendants' Motion to Quash Service of Process, Set Aside Default, and Dismiss the Amended Complaint (Doc. 30) is **GRANTED in part and DENIED in part** as follows:

a. Defendants' Motion to Quash Service of Process is **DENIED.**

b. Defendants' Motion to Set Aside Default is **GRANTED**.

c. Defendants' Motion to Dismiss the Amended Complaint is **DENIED.**

(3) The Entry of Clerk's Default (Doc. 27) is **SET ASIDE** as to Defendants, Forum Networking Events, Inc. and Steve Parsloe.

(4) Defendants, Forum Networking Events, Inc. and Steve Parsloe, are directed to file a responsive pleading on or before **August 2, 2016.**

**DONE AND ORDERED** at Tampa, Florida on July 19, 2016.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record

2